**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Rosanne Edwards Murphy,                              ) | |
|                                                                          ) | |
|                             Plaintiff,                     ) | Civil Action No.: 2:05-02402-CWH |
|                                                                          ) | |
|             versus                                              ) | |
|                                                                          ) | |
| Express Personnel Services; Krista,               ) | **ORDER** |
| Manager at Express Personnel Services;      ) | |
| Mr. Robert Sayer; Factory Spa Outlet Store, ) | |
| a Corporation; Spa Crest; Vision Hot Tubs,  ) | |
|                                                                          ( | |
|                             Defendants.                 ) | |
| _____) | |

On August 18, 2005, the plaintiff, a resident of South Carolina, filed a complaint *pro se* against Express Personnel Services; Krista, Manager at Express Personnel Services; Mr. Robert Sayer; Factory Spa Outlet Store, a Corporation; Spa Crest; and Vision Hot Tubs.

On September 30, 2005, Magistrate Judge George C. Kosko filed a report and recommended that this action be dismissed for lack of jurisdiction. Attached to the report and recommendation was a "Notice of Right to File Objections." Pursuant to that Notice, the plaintiff herein was provided ten days during which to file written objections to the report and recommendation and informed of the consequences resulting from a failure to do so. See 28 U.S.C. §636(b)(1)(C). The plaintiff has not filed any objections to the magistrate judge's report and recommendation.

Accordingly, the Court adopts Magistrate Judge Kosko's report and recommendation and dismisses this action without prejudice and without service of process for lack of diversity and subject matter jurisdiction.

**AND IT IS SO ORDERED.**

_____
C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
October 31, 2005